Carlos Eugene KIPP, Plaintiff–Appellant,

v.

WEST VIRGINIA DEPARTMENT OF CORRECTIONS, Defendant–Appellee.

No. 02–6582.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Carlos Eugene Kipp, Appellant Pro Se. Daynus Jividen, Charles Patrick Houdyschell, Jr., Office of the Attorney General, Charleston, West Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carlos Eugene Kipp seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Kipp v. West Virginia Dep't of Corrections,* No. CA–99–102–2 (N.D.W.Va. Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*